STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney

> Social Security Administration
> 160 Spear St., Suite 800
> San Francisco, CA  94105
> Telephone:  (415) 977-8933
> Facsimile:  (415) 744-0134
> Email:  paul.sachelari@ssa.gov

Attorneys for Defendant

JS-6

Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA ELENA ANAYA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:14-cv-04728-RNB<br><br>**JUDGMENT OF REMAND** |

　　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED:  April 21, 2015

_____
HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE