1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Maria Elena Anaya

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10
    MARIA ELENA ANAYA,              ) Case No.: 2:14-cv-04728-RNB
11                                  )
           Plaintiff,               ) [PROPOSED] ORDER AWARDING
12                                  ) EQUAL ACCESS TO JUSTICE ACT
       vs.                          ) ATTORNEY FEES AND EXPENSES
13                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
    CAROLYN W. COLVIN, Acting       ) AND COSTS PURSUANT TO 28
14  Commissioner of Social Security,) U.S.C. § 1920
                                    )
15         Defendant                )
                                    )
16  _____)

17
           Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19
           IT IS ORDERED that fees and expenses in the amount of $3,526.34 as
20
    authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded
21
    subject to the terms of the Stipulation.
22
    DATE:    June 12, 2015
23
                                         _____
24                                       THE HONORABLE ROBERT N. BLOCK
                                         UNITED STATES MAGISTRATE JUDGE
25

26

-1-